

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00257-CV

| | | |
|---|---|---|
| IN RE HULCHER SERVICES, INC., Relator | § | Original Proceeding |
| | § | From the 236th District Court |
| | § | of Tarrant County (236-228956-08) |
| | § | October 11, 2018 |
| | § | Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the petition for writ of mandamus filed by relator Hulcher Services, Inc. We conditionally grant relator's petition. Writ will issue only if the trial court fails to vacate the July 27, 2018 order striking Hulcher's jury demand and requiring that "the issue of attorney's fees be held to the court."

It is further ordered that real party in interest Emmert Industrial Corp. shall pay all costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Wade Birdwell
     Justice Wade Birdwell